UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOEL SANTANA,

      Plaintiff,

v.                                Case No:  2:21-cv-511-JES-NPM

FIRST FEDERAL CREDIT
CONTROL, INC.,

      Defendant.

_____

**ORDER**

    This matter comes before the Court on the parties' Stipulation of Dismissal With First Federal Credit Control (Doc. #16) filed on January 24, 2022. The parties have agreed to the dismissal of this case in its entirety as to First Federal, the only defendant, and a case is deemed dismissed upon the filing of such a stipulation. Anago Franchising, Inc. v. Shaz, LLC, 677 F.3d 1272 (11th Cir. 2012).

    Accordingly, it is hereby

    **ORDERED AND ADJUDGED** that the Clerk is directed to terminate all previously scheduled deadlines and pending motions and close the case pursuant to the parties' stipulation.

    **DONE and ORDERED** at Fort Myers, Florida, this ___10th___ day of February 2022.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:  Counsel of Record